NEWTON JOHNCOX, Respondent, *v.* NEW YORK STATE
RAILWAYS, Appellant.

*Negligence — railroads — motor vehicles — collision between street car
and automobile — when driver guilty of contributory negligence.*

*Johncox v. N. Y. State Railways,* 203 App. Div. 877, reversed.
(Argued May 8, 1923; decided May 29, 1923.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered October 18, 1922, affirming a judgment in favor
of plaintiff entered upon a verdict. The action was
brought to recover property damage and damages for
personal injuries resulting from a collision between
an automobile operated by plaintiff and a street car
belonging to defendant. The accident in question
occurred at the intersection of Front street and Andrews
street in the city of Rochester, on the 8th day of March,
1921, between nine and ten A. M. The plaintiff was
proceeding southerly on Front street, and the street
car was proceeding westerly on Andrews street. The
plaintiff testified that he was driving not to exceed
seven or eight miles per hour; that as he reached a point
on a line with Andrews street he looked to the left but
did not see anything; that the next thing he knew he was
on the street car track with the street car right on to
him. He further testified that Andrews street is nearly
a straight street and that he could have stopped his car
in six or seven feet.

*Earl L. Dey* for appellant.
*P. Chamberlain* for respondent.

Judgments reversed, new trial granted, costs to abide
event. Held, that plaintiff was guilty of contributory
negligence as matter of law.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, MC-
LAUGHLIN and CRANE, JJ. Dissenting: POUND and
ANDREWS, JJ.